*Law Offices of*
# GARRICK S. LEW
*and Associates*

**RECEIVED**

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

February 4, 2008

Ms. Patricia Cromwell
Calendar Clerk for Magistrate Judge Howard Lloyd
United States District Court, Northern District of California
San Jose Division
280 South First Street, Courtroom 2, 5th Floor
San Jose, CA  95113

Re:   United States v. Limor Gefen, CR 07-00788 JF
      Executed Surety Bond and Declaration of Surety

Dear Ms. Cromwell:

Please find enclosed the duly executed original Surety Bond Order and Declaration of Sureties signed and notarized at the United States Consulate\Embassy office in Israel by Uri and Tirza Gefen pursuant to Magistrate Lloyd's order of January 25, 2008 for the pretrial release of Limor Gefen. Mr. Nedrow reviewed and approved the content of the Declaration of Sureties.

Please present the enclosed to Magistrate Lloyd so that he can execute the bond.

Please send an endorsed filed copy of these documents to my office. I apologize for not including a prepaid return envelope since these are being sent to your office directly from defendant's parents in Israel.

If there are any questions please call. We thank you in advance for your anticipated assistance in this matter.

Very truly yours,

Garrick S. Lew

enclosures

Design Center East · 600 Townsend Street, Suite 329E · San Francisco, CA  94103-4937
Tel: 415.575.3588 · Fax: 415.522.1506
Web: www.garricklew.com · Email: glew@defendergroup.com