| | |
|---|---|
| Garrick S. Lew SBN 61889<br>Design Center East<br>600 Townsend Street, Suite 329E<br>San Francisco, CA 94103-4957<br>Telephone: (415) 575-3588<br>Facsimile: (415) 522-1506<br>gsl@defendergroup.com<br><br>Attorneys for Defendant | **FILED**<br><br>FEB - 7 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIMOR GEFEN,<br><br>　　　　　Defendant. | Case No. CR 07-00788 JF<br><br>DECLARATION OF SURETIES |

An Order having been made on the 25th day of January, by the Honorable Harold Lloyd, United States Magistrate Judge, that defendant LIMOR GEFEN, charged with violating United States Code 18 U.S.C § 371 - Conspiracy; 18 U.S.C. 1343 - Wire Fraud; 18 U.S.C. 1951 - Extortion; 18 U.S.C. 1956(h) Conspiracy to Commit Money Laundering; 18 U.S.C. 1956(a)(1)(A)(I) - Money Laundering; 18 U.S.C. 2 - Aiding and Abetting and Willfully Causing; 18 U.S.C. 982 - Criminal Forfeiture upon which she has been admitted to bail in the sum of ONE HUNDRED FIFTY THOUSAND DOLLARS ($ 150,000) and having read and understand a copy of the Indictment;

We, URI GEFEN and TIRTZA GEFEN, parents of defendant LIMOR GEFEN, residing at Kibbutz Dorot D.N. Hof Ashkelon, 79175, ISRAEL, hereby undertake that the above-named LIMOR GEFEN, will appear and answer any charge in any accusatory pleading based upon the acts supporting the charge above-mentioned, in whatever court it may be prosecuted, and will at all times

OF THE UNITED STATES OF AMERICA AT TEL-AVIV ISRAEL | SS

1  hold herself amenable to the orders and process of the court, and if convicted, will appear for
2  pronouncement of judgment or grant of probation, or if she fails to abide or perform any of the
3  Conditions of Release as specifically described in the attached ORDER SETTING CONDITIONS
4  OF RELEASE AND APPEARANCE BOND dated January 25, 2008, which each of us has read and
5  signed, that we will forfeit and pay to the United States of America the cash bond of $50,000
6  deposited with the court for the release of defendant LIMOR GEFEN. If the forfeiture of this cash
7  bond be ordered by the court, judgment may be summarily made and entered forthwith against us
8  as sureties for the said LIMOR GEFEN and the defendant if she be a party to the bond, for the
9  amount of our joint undertaking herein in the amount of $50,000 cash.

10  We have been informed and advised that our decision to serve as surety(ies) for defendant
11  LIMOR GEFEN places at risk the $50,000 cash bond deposited with the court and that we can lose
12  all of this money should defendant violate any condition of her pretrial release or fail to appear in
13  these proceedings. Our decision to serve as surety(ies) for defendant is completely voluntary and
14  at any time we can notify and inform the court that either or both of us no longer wish to remain as
15  surety(ies) and ask to be released as a surety(ies) and our cash deposit of $50,000 be returned
16  forthwith.

17
18  DATED: 5.2.08                    _____
                                     URI GEFEN
19
20  DATED: 5.2.08                    _____
                                     TIRTZA GEFEN
21
22
23
24  SUBSCRIBED AND SWORN (AFFIRMED) TO BEFORE
    ME THIS 5th day of February 2008
25
26  _____
27
28

-2-