PROPOSED ORDER/COVER SHEET

TO: Honorable Howard Lloyd
U.S. Magistrate Judge

RE: Limor Gefen

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-00788 JF

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados
U.S. Pretrial Services Officer

(408) 535-5223
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**
FEB 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant will be subject to electronic monitoring and shall contribute to its cost as directed by Pretrial Services. The defendant may leave her home for work, school, medical and legal matters. The defendant will also be allowed six hours leave per week to purchase groceries and do laundry.

B. All other terms and conditions remain in effect

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____   2/13/08
JUDICIAL OFFICER         DATE

Cover Sheet (12/03/02)