UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, May 14, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**  UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL.

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 2) Asaf Nass |
| | 3) Limor Gefen |
| | 5) Daniel Rangel |
| | 7) Randy Goldberg |
| | 8) Brandi Aycock |
| | 9) David Lamondin |
| | 11) Stuart Sheinfeld |
| | 12) Carol Haeussler |
| | 13) Christopher Sariol |
| | 14) Eduardo Subirats |

**Attorneys Present:** Jeff Nedrow

**Attorneys Present:** Garrick Lew and appearing for Edwin Prather, Mark Eibert, Ryan Roman, Ronald Gainor, Mark Arnold, Michael Orenstein appearing for Michael Sacks, Hugh Lavine, Lara Vinnard and Vicki Young

---

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant Rangel are present. The remaining defendants appearances are waived. Continued to 8/6/08 at 10:00 a.m. for further status review. 84 days are excluded for the reasons stated. The Court waives defendants appearances for status hearings.