GARRICK S. LEW (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorney for Defendant
Limor Gefen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMIT EZYONI, et. al., ) <br> ) <br> Defendant. ) <br> ) | CR 07-00788 JF/HRL <br><br> DEFENDANT LIMOR GEFEN WAIVER OF PERSONAL APPEARANCE AT AUGUST 13, 2008 STATUS CONFERENCE [**PROPOSED**] ORDER EXCUSING APPEARANCE |

I, LIMOR GEFEN, declare under penalty of perjury that,

I am a defendant in the above captioned action. I understand that I have a right to be present in all court proceedings involving my case. I hereby waive my right to be present at the August 13, 2008 status conference hearing and further waive my right to be present at procedural pretrial hearings that may be decided by the court.

I have regular ongoing discussions regarding the preparation of my defense with my attorney Garrick S. Lew and other members of his office as we prepare the case for trial. We have discussed the charges, the amount of discovery and electronic discovery involved, the potential witnesses that may be called, the investigation that needs to be done and preparations that must be completed before the case will be ready for trial. Mr. Lew has provided me with a CD-ROM disk containing initial discovery in the case which I have reviewed and discussed with him.

I do not believe that my attendance at the status conference hearing will add anything more than what I have described in this declaration. I am comfortable with my attorney attending the hearing and advising me of the court's rulings and future court dates.

I declare under penalty of perjury that the above statements are true, except for those matters stated on information and belief and as to those matters, I am informed and believe them to be true and that this declaration was executed on August 5, 2008, in San Jose, California.

        /S/
Limor Gefen

**ORDER**

The court having considered the declaration of defendant LIMOR GEFEN, and good cause appearing,

IT IS ORDERED that defendant LIMOR GEFEN personal appearance be excused On August 13, 2008.

Dated: _____

_____
The Honorable Jeremy Fogel
Chief United States District Court Judge

2