UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, August 13, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL.

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 2) Asaf Nass |
|  | 3) Limor Gefen |
|  | 5) Daniel Rangel |
|  | 7) Randy Goldberg |
|  | 8) Brandi Aycock |
|  | 9) David Lamondin |
|  | 11) Stuart Sheinfeld |
|  | 12) Carol Haeussler |
|  | 13) Christopher Sariol |
|  | 14) Eduardo Subirats |

**Attorneys Present:** Jeff Nedrow   **Attorneys Present:** Edwin Prather and for Garrick Lew, Mark Eibert, Ryan Roman, Ronald Gainor and for Michael Sacks, Mark Arnold, Hugh Lavine, Lara Vinnard and Vicki Young

---

PROCEEDINGS:
   Further status review hearing held. Counsel are present. The defendants appearances are waived. Continued to 10/22/08 at 10:00 a.m. for further status review. 70 days are excluded for the reasons stated. The Court continues to waive defendants appearances for status hearings.