| | |
|---|---|
| 1 | GARRICK S. LEW  SBN # 61889 |
| | Law Offices of Garrick S. Lew & Associates |
| 2 | 600 Townsend Street Suite 329 E |
| | San Francisco, CA 94103 |
| 3 | Telephone:  (415) 575-3588 |
| | Facsimile:  (415) 522-1506 |
| 4 | gsl@defendergroup.com |

**FILED**

JAN 2 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorney for Defendant
LIMOR GEFEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LIMOR GEFEN,

        Defendant.

CR No. 07-00788 JF

STIPULATION OF PARTIES MODIFYING TRAVEL CONDITION OF PRETRIAL RELEASE FOR DEFENDANT LIMOR GEFEN and [PROPOSED] ORDER

The United States, through its counsel AUSA Jeffrey Nedrow and defendant Limor Gefen through her counsel Garrick S. Lew, hereby agree and stipulate to modify the travel condition of pretrial release as set forth below:

That defendant Limor Gefen be permitted to travel within and about the state of California with prior approval of Pretrial Services.

**Factual Basis for Proposed Modification of Pretrial Release Terms**

Defendant has been on pretrial release since February 13, 2008 secured by a $50,000 cash deposit posted by her parents without incident. Defendant's standard travel condition restricts defendant from travel to the Northern District of California. Defendant's parents are scheduled to arrive from Israel on February 2, 2009 to visit with defendant. Defendant would like to show her parents the state of California during their visit.

Defendant has discussed the proposed modification of her pretrial release condition with Pretrial

Services officer Anthony Granados and Pretrial Services has no objection to such modification. Counsel has discussed the proposed modification with AUSA Jeffrey Nedrow and the government will not oppose the requested modification to allow defendant to travel within the state of California under supervision of Pretrial Services.

**So Stipulated.**

Dated: January 19, 2009

/s/
Jeffrey Nedrow
Assistant United States Attorney

Dated: January 19, 2009

/s/
Garrick S. Lew
Attorney for Defendant Limor Gefen

## ORDER

Defendant Limor Gefen may travel within and about the state of California with prior approval of Pretrial Services. Defendant shall provide Pretrial Services with travel plans and locations to be visited for Pretrial Services to review and approve at least 3 days prior to any proposed travel outside the Northern District of California.

Dated: 1/23/09

Howard Lloyd
United States Magistrate Judge