Allen H. Schwartz, SBN 108126
Attorney at Law
111 W. St. John Street
Suite # 555
San Jose, CA  95113
(408) 298-9494


Attorney for Defendant LIMOR GEFEN

IN THE UNITED STATES DISTRICT  COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE FACILITY

| UNITED STATES OF AMERICA, | Case No.   07- 00788 LHK |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | BAIL EXONERATION ORDER |
| LIMOR GEFEN, et al., | |
| Defendants. | |

On February 4, 2008, shortly after defendant Limor Gefen's arrest in this case, Ms. Gefen's attorney at the time, Garrick S. Lew, posted bail for her release in the amount of $50,000.00.  On August 9, 2012, upon entry of judgment in this case, the court ordered that the bail be exonerated.  I am informed that without a court order to the contrary, the Finance Department of the Court will only release the bail amount to the person who posted it. Ms. Gefen respectfully requests that this court  issue an order authorizing Ms. Gefen to receive the exonerated bail in this case instead of Mr. Lew.

1         GOOD CAUSE APPEARING THEREFORE, It is hereby ordered that Ms.

2    Limor Gefen is authorized to receive the bail exonerated in this case.

3    Dated:   9/6/12

4    *Lucy H. Koh*

     HON. LUCY H. KOH

5         UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Order re Bail Exoneration                        Case No. 07-00788-LHK